UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIS INSURANCE SERVICES OF SAN DIEGO,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RELIGIOUS INSTITUTIONS INSURANCE ALLIANCE, et al,<br><br>　　　　　　　　　　　　　　　Defendant. | Civil No.　06cv1265-H (POR)<br><br>**NOTICE AND ORDER REGARDING EARLY NEUTRAL EVALUATION CONFERENCE** |
|---|---|

　　　On June 15, 2006, this case was removed from California State Court.  On June 27, 2006, the case was transferred to this Court pursuant to Local Civil Rule 40.1, the low number rule.  A Case Management Conference for "Low Numbered" Case No. 06cv0001-H (POR) is currently scheduled for November 7, 2006 at 1:30 p.m.  Based thereon, this Court hereby schedules an Early Neutral Evaluation Conference for this case for **November 7, 2006** at **1:30 p.m.**  The Early Neutral Evaluation Conference shall be held in conjunction with the Case Management Conference scheduled for "Low Numbered" Case No. 06cv0001-H (POR).  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendant Religious Institutions Insurance Alliance shall initiate and coordinate the call.

　　　**IT IS SO ORDERED.**

DATED: October 25, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: District Judge
　　All parties